# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LORENA ANDREA REYES,

           Plaintiff

      v.

ANDREW SAUL,
Commissioner of Social Security,

           Defendant.

Case No:  2:19-cv-09133-DFM

[PROPOSED] ORDER OF REMAND

    Based upon the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g) and for good cause shown,

    IT IS ORDERED that the above-captioned matter be remanded to the Commissioner of Social Security for further proceedings in accordance therewith.

DATE:  June 18, 2020

_____

THE HONORABLE DOUGLAS F. MCCORMICK
United States Magistrate Judge

-1-