JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA ANDREA REYES, | Case No: 2:19-cv-09133-DFM |
| Plaintiff | [PROPOSED] JUDGMENT |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: June 18, 2020

THE HONORABLE DOUGLAS F. MCCORMICK
United States Magistrate Judge

-1-